UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

*RECEIVED JUN 8 2015 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT*

Joshua W Lewis
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.   Case No: 15 C 2349
(To be supplied by the Clerk of this Court)

Rosecrance Ware Center

Winnebago County Jail

Megan (unknow last name)

Shelly (unknow last name)

Abby (unknow last name)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**    **AMENDED COMPLAINT**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
     **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
         **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

    A. Name: Joshua W Lewis

    B. List all aliases: Joshua W Eggleston

    C. Prisoner identification number: M32670

    D. Place of present confinement: Stateville C. C.

    E. Address: PO Box 112 Joliet IL 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Rosecrance Ware Center

    Title: "      "

    Place of Employment: "      "

    B. Defendant: Winnebago County Jail

    Title: "      "

    Place of Employment: "      "

    C. Defendant: Megan (unknow last name)

    Title: Mental Health Worker

    Place of Employment: Winnebago County Jail / Rosecrance Ware Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D) DEFENDANT SHELLY (UNKNOW LAST NAME)

TITLE MENTAL HEALTH WORKER

PLACE OF EMPLOYMENT RWC/WCJ

E) DEFENDANT ABBY (UNKNOW LAST NAME)

TITLE MENTAL HEALTH WORKER

PLACE OF EMPLOYMENT RWC/WCJ

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 5/27/14 MR. Lewis had gone to Rosecrance Ware center at 10:15 AM to see Diagnosing Practitioner: Ryan Bell at that time MR. Bell ask MR. Lewis a list of things that only MR. Lewis knew so that MR. Bell can give MR Lewis a Diagnosis. Then 8 days after beening diagnosis MR. Lewis comited a crime on June 3 then on June 4 MR. Lewis and his parnts went to the ER because MR. Lewis was [redacted] psycho out on his parnts but MR. Lewis then he left and went on the run for his case. On 8-2-14 MR Lewis got arrested and on 8-4-14 MR. Lewis had gotten mail from Abby at Rosecrance Ware center saying "once assessed at Rosecrance Ware center" that MR Lewis had done Before he went to the wannabergo county jail. Then MR. Lewis went on the kiosk and filled out a sick call slip and letting the jail know that MR Lewis has mental help issues and needed his meds. So MR Lewis mailed a letter to Rosecrance because MR Lewis couldn't get anyone to contact him on the Kiosk so MR Lewis sent the letter to see if he can see

Megan or Shelly since them two worked for the jail. Then C/O Daly at the county jail gave Mr Lewis the paper he put the letter on back with Megan letter to Mr Lewis telling him that he (Lewis) dosent have a treatment plan so Mr Lewis call his mother Melissa Lewis to get his treatment plan but Mr Lewis got it after he got his time on his case so Mr Lewis show it to Stateville C.C. and Stateville got Mr Lewis started on his meds. Mr Lewis would like the courts to grant his complant do to the fact that Mr Lewis had his rights violated

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

mental anguish 250,000.00
atty fees 750,000.00
personal anguish 1.2 mill
mental destress 250,000

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___1___ day of ___6___, 20_15_

_(signature)_
(Signature of plaintiff or plaintiffs)

JOSHUA LEWIS
(Print name)

M32670
(I.D. Number)

Stateville ~~〰〰〰~~

PO BOX 112

Joilet IL 60434
(Address)

6

**MAILED FROM
WINNEBAGO COUNTY JAIL**

To whom it may consurn

My name is Joshua Lewis and I would like to get a copy of my treatment plan sent to me before I go back to court on 9-10-14 at 9 am that way I can get a copy to the courts. I would like to see Megan or Shelly before I go to court so I can fill them in on my mental health. I have PTSD, Anti-social personal dis. and stizo-affective and I would like to get on my meds ~~Reglan~~ so I can stop hearing voices in my head telling me to do stuff I souldnt be doing. I will fill out whatever paper work I need to fill out for my meds. I am going to leave my info as to what sould be in the computer so you guys can find my file

Joshua Lewis 1110 17th Ave #3 Rockford IL 61104 SSN IS 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

Thanks
Joshua Lewis

Response on back ⟶

Attach to + Return Josh Lewis 3H

Mr. Lewis,

You are not a client of RWC so I cannot provide you with a treatment plan. You were only seen once by PATH + never returned. You never saw a psychiatrist either. Where were you getting meds prior to your arrest? (pharmacy + Doctor name) This is so we can get records to verify meds + diagnosis since you did not receive any services at RWC after your initial PATH appointment.

Thanks,
Megan
RWC/ Winnebago Cty Jail

# rosecrance

Inmate Name: Joshua Lewis

Housing: 2F 04

Date: 8-4-14

RE:

Our data base shows that you were once assessed at the Rosecrance Ware Center and may be eligible for services upon your release. If you do not meet the criteria to receive services at Rosecrance Ware Center, you will be provided with referrals to community resources that you may utilize to your benefit. If you are interested in receiving mental health services when you are released from custody, Rosecrance Ware Center has a walk in policy. Walk ins are done on a first come, first serve basis; it is best to line up approximately 30-60 minutes before RWC opens at 8 a.m.

We have a one day intake service, which means you will receive a complete mental health assessment in one sitting. Rosecrance Ware Center is located at 526 West State Street, across from the jail on the corner of West State Street and Winnebago Street.

We strongly encourage you to come in for a walk in assessment upon your release if you are experiencing symptoms. If you have any questions or concerns please fill out a sick call slip to mental health on the kiosk.



# rosecrance

**Plan of Care**

---

Client: LEWIS,JOSHUA (67427)  Episode: 3  Program: MHS PATH SERVICES
Primary Counselor: FINK,SHARON

| | | | | | |
|---|---|---|---|---|---|
| Plan Date: | 5/27/2014 | Plan Type: | OUTPATIENT | Admission Date: | 5/23/2014 |
| Plan End Date: | 11/23/2014 | Plan Name: | treatment plan | Next Review Date: | 11/23/2014 |

---



# Plan of Care

## Treatment Plan

Data Entry User Name: Jameson Sughroue     Last Updated By: Jameson Sughroue

**PROBLEM:** Date Opened: 5/27/2014   Status: ADDRESS   Date Due: 11/23/2014   Date Closed:
Assigning Staff: Unknown

I'm having difficulty with friendships and family. I'm off my medications. I'm fine one minute and I am snapping out the next. I need to get back on medications and receive some counseling. I have thoughts to harm others. My eating has decreased. My sleep hasn't been real good. Sometimes I get depressed and my mood varies. I have racing thoughts and I hear a male voice that tells me to be aggressive to others.

Clinical perspective: Cl has been diagnosed with schizoaffective disorder as evidenced by labile mood, auditory hallucinations, thoughts to harm others, racing thoughts, and decreased appetite and sleep. Cl reports having a part time job but having difficulty maintaining full time work due to his sys of MI. Cl lives with his father and cl currently has no insurance.

### Goal
Date Opened: 5/27/2014   Status: ADDRESS   Date Due: 11/23/2014   Date Closed:

I want to get my symptoms under control. I was to get back on my medications. I want to gain coping skills so I do not lose friends and family.

### Objective
Date Opened: 5/27/2014   Status: ADDRESS   Date Due: 11/23/2014   Date Closed:

I will meet with the PATH team once a week to discuss my mental health and attend group when I need extra support to gain coping skills. I will keep 75 percent of my appointments

#### Intervention
Date Opened: 5/27/2014   Status: ADDRESS   Date Due: 11/23/2014   Date Closed:

PATH team frequency up to 4 hours weekly

**Allowable Services:** ROGRESS NOTE; MHS TREATMENT PLAN DEVELOPMENT; MHS COMMUNITY SUPPORT INDIVIDUAL; MHS COMMUNITY SUPPORT GROUP; MHS CASE MANAGEMENT; MHS PSYCHOSOCIAL REHAB INDIVIDUAL; MHS PSYCHOSOCIAL REHAB GROUP; MHS ASSESSME

### Objective
Date Opened: 5/27/2014   Status: ADDRESS   Date Due: 11/23/2014   Date Closed:

I will meet with my doctor, take my medications as prescribed, and report all symptoms and side effects to my case manager or doctor 100 percent

#### Intervention
Date Opened: 5/27/2014   Status: ADDRESS   Date Due: 11/23/2014   Date Closed:

RWC staff psychiatrist psychiatric evaluation every 12 months. Psychiatric medication monitoring every 90 days or as needed

**Allowable Services:** ROGRESS NOTE; MH 90792 DIAGNOSTIC EVAL W/ MEDICAL SRVC; MH 99212 EST PT OP VISIT 10 MINS; MHS 99213 EST PT OP VISIT 15 MINS; MH 99214 EST PT OP VISIT 25 MINS; MHS MEDICATION ADMINISTRATION; MHS MEDICATION MONITORING (NURSIN

Diagnosing Practitioner: BELL, RYAN

Principal Diagnosis: SCHIZOAFFECTIVE DISORDER



# Plan of Care

## Axis I:

| | |
|---|---|
| **Axis I: 1st** | SCHIZOAFFECTIVE DISORDER |
| **Axis I: 2nd** | POSTTRAUMATIC STRESS DISORDER |
| **Axis I: 3rd** | Unknown |
| **Axis I: 4th** | Unknown |
| **Axis I: 5th** | Unknown |
| **Axis I: 6th** | Unknown |
| **Axis I: 7th** | Unknown |

## Axis II:

| | |
|---|---|
| **Axis II: 1ST** | ANTISOCIAL PERSONALITY DISORDER |
| **Axis II: 2nd** | Unknown |
| **Axis II: 3rd** | Unknown |
| **Axis II: 4th** | Unknown |
| **Axis II: 5th** | Unknown |
| **Axis II: 6th** | Unknown |
| **Axis II: 7th** | Unknown |
| **Axis II: 8th** | Unknown |
| **Axis II: 9th** | Unknown |
| **Axis II: 10th** | Unknown |

## Axis III:

| | |
|---|---|
| **Axis III: 1st** | Unknown |
| **Axis III: 2nd** | Unknown |
| **Axis III: 3rd** | Unknown |
| **Axis III: 4th** | Unknown |
| **Axis III: 5th** | Unknown |
| **Axis III: 6th** | Unknown |
| **Axis III: 7th** | Unknown |
| **Axis III: 8th** | Unknown |
| **Axis III: 9th** | Unknown |
| **Axis III: 10th** | Unknown |

---

CLIENT TREATMENT PLAN (CLN0010 Client Treatment Plan)
Patient ID Number: 67427    Patient Name: LEWIS, JOSHUA    TXC63334.00001    3
Date Printed: 5/27/2014 at 10:15:37AM



# rosecrance

# Plan of Care

## Axis IV:

**Primary Support Group:** Yes
Lck of family support

**Social Environment:** Yes
lack of social support

**Educational:** Yes
6th grade education

**Occupational:** Yes
part time

**Housing:** (No)

**Economic:** Yes
limited income

**Health Care Services:** (No)

**Legal System/Crime:** (Yes)
parole

**Other Problems:** No Entry

## Axis V:
**Current GAF Rating:** 52
**Current CGAS Rating:** 54
**Current DC03 Rating:** No Entry

### Treatment Team Signatures

**Client Signature**   5/27/2014

**Client Signature Status:** Signature obtained

I have been asked if I want a family member or other individual(s) involved in my treatment planning:
No , I don't want others involved

**Client Signature Status:** Signature obtained

I have been asked if I want a family member or other individual(s) involved in my treatment planning:
No , I don't want others involved

**Reviewing Staff Signature (1)**   5/27/2014   SUGHROUE,JAMESON
Completed and Signed

**Staff**
LODGE,JOAN
SUGHROUE,JAMESON
FINKE,DEBORAH

**Credentials**
LCSW, MSW, LPHA

LPC, MS, QMHP

JOSHUA
STATEVILLE C.C.
PO BOX 112
JOLIET IL 60434

US DISTRICT COURTS
211 S COURT ST.
ROCKFORD IL 61101

Legal
Mail

Legal
Mail