IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Joshua W. Lewis (#M-32670)  )  | |
| ) | |
| Plaintiff, ) | Case No. 15 C 2349 |
| ) | |
| vs. ) | |
| ) | |
| Rosecrance Ware Center, et al., ) | |
| ) | Judge Philip G. Reinhard |
| Defendants. ) | |

## ORDER

Plaintiff's motion to reopen case [18] is denied. This case remains closed.

## STATEMENT

The court has received plaintiff's motion to reopen the case, specifically requesting "a chance to try my lawsuit on Rosecrance Ware Center." [18]. Previously, this court instructed plaintiff to amend his original complaint because his allegations were insufficient to find that Rosecrance was a state actor for purposes of 42 U.S.C. ' 1983. *See* [8]. After being granted several motions to extend the deadline for filing, *see* [10]; [12], plaintiff amended his complaint on June 8, 2015, but did not cure the defects in his original complaint with respect to Rosecrance. See [13]; [16]. As such, the court dismissed this action.

Here, plaintiff does not explain how he can establish that Rosecrance was acting under color of state law, but states only "I have a rough draft started and would like to try again so if the courts can grant it that would help." [18]. Because plaintiff has been granted multiple opportunities to cure the defects in his complaint without success, his motion to reopen the case [18] is denied. If plaintiff believes he has a state law claim against Rosecrance, he should file a claim in state court. However, he has no basis to sue that entity under ' 1983.

Date: 7/28/2015          ENTER:

*Philip G. Reinhard*
United States District Court Judge

Notices mailed by Judicial Staff. (LC)